UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS JIMENEZ,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-cv-04681-JDE<br><br>AMENDED JUDGMENT |

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to

a. provide another individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a), at which the government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk and a danger to the community that no conditions of release can offset, for **Petitioner Juan Carlos Jimenez (A# 249 021 140)** within seven (7) days of this Order, **with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a)**

**<u>to consider bond and must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision</u>**; or

b. release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure his appearance as required and to protect the community, if he is not timely provided with the aforementioned bond hearing; and

(2) denied with prejudice as to all other requests for substantive relief.

Dated: October 14, 2026

JOHN D. EARLY
United States Magistrate Judge